IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAFAEL L. R. LOPEZ,

        Petitioner,

  v.

MARTEL, Warden,

        Respondent.
                             /

No. C 08-03155 SBA (PR)

**ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO PAY THE FILING FEE OR FILE *IN FORMA PAUPERIS* APPLICATION**

      Petitioner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On that same date, the Clerk of the Court sent Petitioner a notice directing him to pay requisite $5.00 filing fee or to file a completed in forma pauperis (IFP) application. The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or completed an IFP application. See 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor).

      Petitioner has filed a request for an extension of time to pay the requisite $5.00 filing fee in this action.

      Accordingly, the Court grants Petitioner's request. No later than **thirty (30) days** from the date of this Order, Petitioner shall pay the $5.00 filing fee and include with his payment a clear indication that it is for the above-referenced case number, C 08-03155 SBA (PR). In the event that Petitioner is unable to pay the filing fee, he shall submit an IFP application, trust account statement and certificate of funds no later than **thirty (30) days** from the date of this Order. Failure to pay the filing fee or file the requisite documents within the thirty-day deadline shall result in dismissal of this action.

      The Clerk of the Court shall send Petitioner a blank prisoner IFP application form along with his copy of this Order.

1 | This Order terminates Docket no. 3.

2 | IT IS SO ORDERED.

3 |

4 | DATED:     9/2/08                                      _____
                                                            SAUNDRA BROWN ARMSTRONG
                                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAFAEL LOPEZ,

        Plaintiff,

  v.

MARTEL et al,

        Defendant.

Case Number: CV08-03155 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rafael L.R. Lopez D-00623
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127-3030

Dated: September 4, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk